IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:93-00196-01

TERRYONTO MCGRIER

### MEMORANDUM OPINION AND ORDER

Pending before the court is a motion for leave to withdraw as counsel for defendant filed by attorney John A. Carr. See ECF No. 464. According to Mr. Carr, he has a potential conflict of interest in that an individual named in the amended petition is a former client. Defendant consented to the filing of the motion to withdraw after Mr. Carr apprised him of the potential conflict.

For good cause shown, the motion to withdraw as defense counsel is **GRANTED**. Having consulted with the CJA Supervising Attorney, John H. Tinney, Jr. is hereby **APPOINTED** to represent defendant

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record, Mr. Tinney, Mr. Carr, the CJA Supervising Attorney, the United States Marshal for the Southern District of West Virginia, and the Probation Department of this court.

IT IS SO ORDERED this 4th day of December, 2020.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge