**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

**UNITED STATES OF AMERICA**

**v.**                                    **CRIMINAL NO. 2:93-00196-01**

**TERRYONTO MCGRIER**

<u>**MEMORANDUM OPINION AND ORDER**</u>

On April 14, 2021, defendant's supervised release was revoked and he was sentenced to a term of incarceration of 60 months with no new term of supervised release to follow.  <u>See</u> ECF No. 490.  The BOP's Inmate Locator indicates that defendant has not been in BOP custody since March 31, 2025.  Several motions appear as pending on the docket, most of which were filed pro se while defendant was represented by counsel.  Also pending is a motion for a sentence reduction.  Given defendant's release from custody, a ruling on any of these motions is unnecessary.  Accordingly, the Clerk is **DIRECTED** to terminate ECF Nos. 456, 479, 480, 481, and 514 as moot.

The Clerk is **DIRECTED** to send a copy of this Memorandum Opinion and Order to counsel of record.

**IT IS SO ORDERED** this 18th day of May, 2026.

ENTER:

David A. Faber
Senior United States District Judge